[No. 267-41161-2.    Division Two.    November 13, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD SKELLY, *Appellant.*

*Morris G. Shore* (of *Velikanje, Moore, Countryman & Shore*), for appellant (appointed counsel for appeal).

*Lincoln E. Shropshire, Prosecuting Attorney,* and *Gary G. McGlothlen, Deputy,* for respondent.

PER CURIAM.—The appellant was convicted of the crime of unlawful sale of narcotics—marijuana. The parties have stipulated that the decisions in *State v. Williams,* 78 W.D.2d 459, 475 P.2d 100 (1970), and *State v. Zornes,* 78 W.D.2d 9, 456, 475 P.2d 109 (1970) are controlling and require reversal and dismissal. We agree. For the reasons set forth in those decisions, the judgment in this case is reversed and the action dismissed.